CASE CLOSED

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| MARK ANTHONY PASCASCIO,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, CALIFORNIA; COUNTY OF LOS ANGELES SHERIFF DEPARTMENT ("LASD"); LEROY BACA, Former Sheriff of the County of Los Angeles, in his individual capacity; PAUL TANAKA, Former Undersheriff of the County of Los Angeles, in his individual capacity; DEPUTY ANDREW LEOS (SERIAL NO. 277151), Los Angeles County Sheriff; DEPUTY RYAN CLARKE (SERIAL NO. 520722), Los Angeles County Sheriff's Deputy; & DOES 1-99, participating or supervising governmental personnel whose names are currently unknown to Plaintiff.,<br><br>    Defendants. | Case No. 2:15-cv-03767- ODW-MRW<br>*[District Judge Otis D. Wright II;*<br>*Magistrate Judge Michael R. Wilner]*<br><br>**JUDGMENT** |

TO ALL PARTIES AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

    Pursuant to this Court's Order of May 20, 2016 [Doc. 27] on the Stipulation For Dismissal As To Select Claims, and this Court's Order of July 20, 2016 [Doc. 42] granting Defendant ANDREW LEOS' Motion for Summary Judgment, IT

1

IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. Judgment is entered in favor of Defendants DEPUTY ANDREW LEOS, DEPUTY RYAN CLARKE, former SHERIFF LEROY BACA, LOS ANGELES COUNTY SHERIFF DEPARTMENT, and the COUNTY OF LOS ANGELES, and against plaintiff MARK ANTHONY PASCASCIO.

2. Defendant DEPUTY ANDREW LEOS is entitled to recover his costs of suit against plaintiff MARK ANTHONY PASCASCIO, pursuant to a Bill of Costs to be filed by defendant DEPUTY ANDREW LEOS.

DATED: Agust 2, 2016

_____
The Honorable Otis D. Wright II
United States District Judge

2